GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330,
RJustice@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
TATUNG COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:10-cv-04945-SI<br><br>TARGET CORP., *et. al.*,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>Defendants. | CASE NO. 03:10-cv-04945-SI<br><br>MDL NO. 3:07-MD-01827-SI<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT TATUNG COMPANY OF AMERICA TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**<br><br>Date Action Filed:  November 1, 2010 |

The undersigned counsel, on behalf of Plaintiffs Target Corporation, Sears, Roebuck and Co., Kmart Corporation, Old Comp Inc., Good Guys, Inc., RadioShack Corporation, and Newegg Inc. (collectively, "Plaintiffs"), and Defendant Tatung Company of America ("Tatung") hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Complaint in the above-captioned case against Defendant Tatung and other defendants, on November 1, 2010;

WHEREAS, on January 27, 2011, Plaintiffs entered into a stipulation with defendants AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei Optoelectronics USA, Inc., CMO

1

Gibson, Dunn & Crutcher LLP

Stipulation of Extension of Time For Defendant Tatung Company of America to Respond to Complaint;
[Proposed] Order, Case No.: 3:10-CV-05625-SI; MDL No. 3:07-MD-01827-SI

1  Japan Co. Ltd., Nexgen Mediatech,Inc., Nexgen Mediatech USA, Inc., Epson Imaging Devices
2  Corporation, Epson Electronics America, lnc., LG Display Co. Ltd., LG Display America, lnc.,
3  Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc.,
4  Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America Electronic
5  Components, Inc., Toshiba Mobile Display Co., Ltd., and Toshiba America Information Systems
6  ("Stipulating Defendants") whereby Plaintiffs agreed that Stipulating Defendants' deadline to move
7  to dismiss, answer, or otherwise respond to the Complaint would be 90 days from the execution of
8  the stipulation; and

9        WHEREAS, on January 28, 2011, this Court previously approved the stipulation between
10 Plaintiffs and the Stipulating Defendants;

11       WHEREAS, on February 16, 2011, Plaintiffs entered into a stipulation with defendant
12 HannStar Display Corporation ("HannStar") whereby Plaintiffs agreed that HannStar's deadline to
13 move to dismiss, answer, or otherwise respond to the Complaint would be April 27, 2011, which is
14 the same response date for the Stipulating Defendants as established by the Stipulation and Order
15 Regarding Service and Scheduling entered by the Court on January 28, 2011;

16       WHEREAS, on February 18, 2011, this Court previously approved the stipulation between
17 Plaintiffs and HannStar;

18       WHEREAS Tatung acknowledges that Plaintiffs served the Complaint on Tatung on
19 February 17, 2011 and Plaintiffs acknowledge that this stipulation does not constitute a waiver by
20 Tatung of any other substantive or procedural defense, including but not limited to the defenses of
21 lack of personal or subject matter jurisdiction and improper venue;

22       WHEREAS, Plaintiffs and Tatung have reached an agreement to extend the time within
23 which Tatung must move against, answer or otherwise respond to Plaintiffs' Complaint such that
24 Tatung's response will be due at the same time as the responses of the Stipulating Defendants and
25 HannStar;
26 //
27 //
28

Gibson, Dunn & Crutcher LLP

2

Stipulation of Extension of Time For Defendant Tatung Company of America to Respond to Complaint;
[Proposed] Order, Case No.: 3:10-CV-05625-SI; MDL No. 3:07-MD-01827-SI

THEREFORE, the time within which Tatung must move against, answer, or otherwise respond to Plaintiffs' Complaint is extended until April 27, 2011.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  March 1, 2011

By: /s/  Rachel S. Brass

Joel S. Sanders (CA Bar No. 107234)
Rachel S. Brass (CA Bar No. 219301)
Rebecca Justice Lazarus (CA Bar No. 227330)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415)393.8200 (Phone)
(415)393.8306 (Facsimile)
*rbrass@gibsondunn.com*

*Attorneys for Defendant Tatung Company of America*

By: /s/  Jason C. Murray

Jason C. Murray (CA Bar No. 169806)
Crowell & Moring LLP
515 South Flower Street, 40th Floor
(213) 422-5582 (Phone)
(213) 622-2690 (Facsimile)
*jmurray@crowell.com*

*Attorneys for Plaintiffs Target Corporation, Sears, Roebuck and Co., Kmart Corporation, Old Comp Inc., Good Guys, Inc., RadioShack Corporation, and Newegg Inc.*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3/3/11
_____        _____
      Date Entered                                    Honorable Judge Susan Illston

3

Stipulation of Extension of Time For Defendant Tatung Company of America to Respond to Complaint; [Proposed] Order, Case No.: 3:10-CV-05625-SI; MDL No. 3:07-MD-01827-SI

Gibson, Dunn & Crutcher LLP

**DECLARATION OF SERVICE**

I, Elizabeth Sperry, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco 94105, in said County and State.  On March 1, 2011, I served the within:

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT TATUNG COMPANY OF AMERICA TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**

to all interested parties as follows:

☑ **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on March 1, 2011.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document was printed on recycled paper, and that this Declaration of Service was executed by me on March 1, 2011, at San Francisco, California.

_____/s:/ Elizabeth Sperry_____
Elizabeth Sperry

101028300_1.DOC

Gibson, Dunn & Crutcher LLP

4

Stipulation of Extension of Time For Defendant Tatung Company of America to Respond to Complaint; [Proposed] Order, Case No.: 3:10-CV-05625-SI; MDL No. 3:07-MD-01827-SI